UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY LAMAR JONES,

                Petitioner,

-v-                                          Case No. 8:06-cv-674-T-24MAP

SECRETARY, FLORIDA DEPARTMENT OF
CORRECTIONS,

                Respondent.
_____

## AMENDED O R D E R[1]

This cause comes before the Court for consideration of Petitioner's motion titled Motion For Reconsideration/Relief From Judgement [sic] Or Order (Doc. No. 22). Petitioner also filed a document titled Notice of Appeal (Doc. No. 23) which the Clerk's office also construed as an Application for Certificate of Appealability (Doc. No. 24).[2]

On April 14, 2006, Petitioner, a Florida prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (Doc. No. 1). The petition attacked Petitioner's conviction for one count of aggravated battery arising from the Thirteenth Judicial Circuit, Hillsborough County, Florida, in state circuit case number 99-CF-014861. On August 21, 2006, this Court entered an Order in which it found that Petitioner was not entitled to relief from this Court because his claim was procedurally barred and that he failed to state a federal constitutional basis for relief

---

[1] The Court previously directed the Clerk to strike Petitioner's Notice of Appeal (Doc. No. 25). That Order is amended only to the extent that the Clerk is directed to reinstate Petitioner's Notice of Appeal as of September 12, 2006.

[2] The Notice of Appeal contains language that "Motion for Certificate of Appealability is forthcoming" (Doc. No. 23).

(Doc. No. 20). This Court denied Petitioner's petition with prejudice and further ordered that Petitioner was not entitled to a certificate of appealability or entitled to appeal in forma pauperis. On August 22, 2006, judgment was entered against Petitioner (Doc. No. 21).

Upon consideration, it is **ORDERED AND ADJUDGED** that Petitioner's motion for reconsideration (Doc. No. 22) is **DENIED**. Furthermore, since this Court previously held that Petitioner was not entitled to a certificate of appealability, Petitioner's construed Application for Certificate of Appealability (Doc. No. 24) is **DENIED**. The Court's previous Order (Doc. No. 25) is amended only to the extent that the Clerk is directed to reinstate Petitioner's Notice of Appeal as of September 12, 2006.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of September, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record
Kelly Lamar Jones